**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Pedro Jesus FLORES, Defendant–
Appellant.**

**No. 11–14601
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 17, 2012.

Peggy Morris Ronca, Vincent Chiu, U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Thomas H. Dale, Dale Law Firm, PA, Orlando, FL, for Defendant–Appellant.

Before HULL, MARTIN and BLACK, Circuit Judges.

PER CURIAM:

Tom Dale, appointed counsel for Pedro Jesus Flores in this direct criminal appeal,

has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Flores's conviction and sentence are **AFFIRMED.**